FILED

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0267

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 22 0267

_____

Edmund Langlois, Appellant,


v.


Estate of Barbara Kay Lewis,

Appellee.

_____

ORDER

_____

Upon consideration of Appellant's motion for a 30-day extension of time and good cause appearing therefore

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 23, 2022 within which to prepare, serve and file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2022